No. 97–7442. LHERISSON v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 97–7443. LAMPKIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–7444. MONTGOMERY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–7445. JOHNSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–7446. NICHOLS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–7447. ROBINSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–7449. RICKS v. THOMAS ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–7450. SMYKALSKI v. STENDER, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 97–7453. BABILONIA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–7454. KELSEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–7455. ROBERTSON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–7456. BARRY v. BERGEN COUNTY PROBATION DEPARTMENT ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–7460. SCOTT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–7461. RINCON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–7462. CHAVIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.